61 P.3d 513

# SUPREME COURT OF HAWAI'I

**January 21, 2003**

| 23615 | Dannenberg v. Darick | Affirmed |

**January 22, 2003**

| 24213 | Fernandez v. State, Dept. of Transp. | Affirmed |
| 24831 | State v. Silva | Vacated and Remanded |

**January 23, 2003**

| 24950 | State v. Tauveli | Affirmed |

**January 24, 2003**

| 23109 | Noh v. Young | Affirmed |
| 24612 | State v. Sale Sale | Affirmed |

**January 31, 2003**

| 24992 | State v. Long | Affirmed |